470 A.2d 1039

Commonwealth v. Davenport, Appellant.

Submitted October 24, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Order vacated and case remanded for appointment of counsel. Jurisdiction is not retained.

472 A.2d 231

Commonwealth v. Dorian, Appellant.
Reargument Denied Feb. 6, 1984.

Submitted November 8, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.